NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

## IN RE ANTOR MEDIA CORPORATION

---

2011-1465
(Reexamination Nos. 90/007,839, 90/007,936, 90/007,942, 90/007,957, & 90/009,261)

---

Appeal from the United States Patent and Trademark Office, Board of Patent Appeals and Interferences.

---

## ON MOTION

---

## ORDER

Antor Media Corporation moves for a 30-day extension of time, until February 3, 2012, to file its reply brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

DEC 2 8 2011
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Thomas W. Cunningham, Esq
Raymond T. Chen, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

DEC 2 8 2011

JAN HORBALY
CLERK